**H. WAYNE GREEN #092671**
**LAW OFFICE OF H. WAYNE GREEN**
7522 North Colonial Avenue, Suite 130
Fresno, California 93711-5706
Telephone:   (559) 435-2788
Facsimile:    (559) 435-4630

Attorney for Plaintiff SHAUNA GOSS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., et al., | Case No.: 2:05-CV-01270-LKK-PAN |
| Plaintiff, | ANSWER TO COMPLAINT |
| vs. | |
| SHAUNA GOSS and DOES 1 through 25, inclusive, | |
| Defendants. | |

Defendant SHAUNA GOSS, for herself and none other, answers Plaintiffs' Complaint as follows:

## GENERAL DENIAL

1. This answering defendant denies generally and specifically each and every allegation set forth in Plaintiffs' Complaint, and each cause of action thereof.

## AFFIRMATIVE DEFENSES

2. As and for a separate, further and First Affirmative Defense to Plaintiffs' Complaint and each cause of action thereof, this answering defendant alleges that said Complaint fails to state a claim for which relief can be granted.

3. As and for a separate, further and Second Affirmative Defense to Plaintiffs' Complaint, and each cause of action thereof, this answering defendant alleges that said Complaint is barred by the Fair Use Doctrine.

1 | DATED: September 20, 2005          LAW OFFICES OF H. WAYNE GREEN

/S/  *H. Wayne Green*
_____
H. WAYNE GREEN, Attorney for Defendant

**H. WAYNE GREEN #092671**
**LAW OFFICE OF H. WAYNE GREEN**
7522 North Colonial Avenue, Suite 130
Fresno, California 93711-5706
Telephone:     (559) 435-2788
Facsimile:      (559) 435-4630

Attorney for Plaintiff SHAUNA GOSS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., et al., ) | Case No.: 2:05-CV-01270-LKK-PAN |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| SHAUNA GOSS and DOES 1 through 25, inclusive, ) | |
| Defendants. ) | |

    I, Kerry Stratford, am employed in the City and County of Fresno in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is the Law Offices of H. Wayne Green, 7522 North Colonial Avenue, Suite 130, Fresno, California 93711-5706.

    I am readily familiar with the business practices of this office for collection and processing of documents for mailing with the U.S. Postal Service, which is that correspondence for mailing via U.S. Mail is collected and deposited on the same day in the ordinary course of business.

    On September 21, 2005, I served the following document(s):

    ■    **ANSWER TO COMPLAINT**

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

1  Sheila M. Salomon
   Andrew L. Chang
2  SHOOK, HARDY & BACON LLP
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:    415/ 544-1900
4  Facsimile:    415/ 391-0281

5      I declare under penalty of perjury that the foregoing is true and correct. Executed at

6  Fresno, California on September 21, 2005.

7                              /S/ *Kerry Stratford*

8                              _____
                               Kerry Stratford