


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VIRGIN RECORDS AMERICA, INC.;
ELEKTRA ENTERTAINMENT GROUP,
INC.; SONY BMG MUSIC
ENTERTAINMENT; UMG RECORDINGS, INC.;
and FONOVISA, INC.,

    Plaintiffs,

    v.

SHAUNA GOSS,

    Defendant.
_____/

NO. CIV. S-05-1270 LKK/PAN

O R D E R

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held on November 7, 2005. At that conference, the court was informed that the sole defendant, Shauna Goss, resides in Fresno, California, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b).

////

////

1

1  Pursuant to Local Rule 3-120(d), and at the request of the
2  parties, this action is TRANSFERRED to the United States District
3  Court for the Eastern District of California sitting in Fresno.
4  IT IS SO ORDERED.
5  DATED: November 7, 2005.

            /s/Lawrence K. Karlton
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT