1 | Leemore Libesman (State Bar No. 221969)
2 | HOLME ROBERTS & OWEN LLP
   | 777 South Figueroa Street, Suite 2800
3 | Los Angeles, CA  90017-5826
   | Telephone:  (213) 572-4300
4 | Facsimile:   (213) 572-4400

5 | Attorneys for Plaintiffs
6 | VIRGIN RECORDS AMERICA, INC.;
   | ELEKTRA ENTERTAINMENT GROUP, INC.;
7 | SONY BMG MUSIC ENTERTAINMENT; UMG
   | RECORDINGS, INC.; and FONOVISA, INC.

8 |

9 | UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 |

| VIRGIN RECORDS AMERICA, INC., a | Case No.: 2:05-CV-01270-LKK-PAN |
|---|---|
| California corporation; ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and FONOVISA, INC, a California corporation, | Honorable Lawrence K. Karlton |
| | **STIPULATION FOR DISMISSAL OF DEFENDANT SHAUNA GOSS** |
| Plaintiff, | |
| v. | |
| SHAUNA GOSS, | |
| Defendant. | |

1

#2383 v1

IT IS HEREBY STIPULATED by and between Plaintiffs Virgin Records America, Inc., Elektra Entertainment Group Inc., Sony BMG Music Entertainment, UMG Recordings, Inc., and Fonovisa, Inc. (collectively, "Plaintiffs"), and Defendant Shauna Goss ("Defendant"), through their respective counsel, that the complaint in the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED: July 17, 2006          HOLME ROBERTS & OWEN LLP

By:  _____/s/ Leemore Libesman_____
     Leemore Libesman
     Attorney for Plaintiffs
     VIRGIN RECORDS AMERICA, INC.;
     ELEKTRA ENTERTAINMENT GROUP,
     INC.; SONY BMG MUSIC
     ENTERTAINMENT; UMG RECORDINGS,
     INC.; and FONOVISA, INC.

DATED: July 17, 2006          LAW OFFICES OF WAYNE GREEN

By:  _____/s/ Wayne Green_____
     Wayne Green
     Attorney for Defendant
     SHAUNA GOSS

2

#2383 v1